**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

DAVID M. JARRETT
JENNIFER L. JARRETT,                         CHAPTER 13
                                             CASE NO: 14-01203-5-DMW
        DEBTORS

ADDRESS:   107 JARRETT COURT
           LAGRANGE, NC 28551

## MOTION FOR MODIFICATION OF DEBTORS' CHAPTER 13 PLAN

**NOW COME THE DEBTORS,** David M. Jarrett and Jennifer L. Jarrett, by and through their attorney, Robert E. Fuller, Jr., to move the Court for a modification of their Chapter 13 Plan and in support of said Motion the Debtors respectfully show unto the Court the following:

1. That on the 3rd day of March, 2014, the Debtors filed with this Court a petition for relief pursuant to Title 11 USC § Chapter 13 of the United States Bankruptcy Code, Joseph A. Bledsoe, III has been appointed as trustee in this matter.

2. That the Debtors listed their 2012 Toyota Prius and Kirby Vacuum Cleaner to be paid inside their Chapter 13 Plan by the Trustee. World Omni Financial Corp is the lien holder for the 2012 Toyota Prius and United Consumer Financial Services, Bass & Associates, P.C. is the lien holder for the Kirby Vacuum Cleaner.

3. That on July 14, 2015, the Debtors' filed motions surrendering their interest in both the 2012 Toyota Prius and the Kirby Vacuum Cleaner.

4. That because their interest in the 2012 Toyota Prius has been surrendered over to World Omni Financial Corp and their interest in the Kirby Vacuum Cleaner surrendered over to United Consumer Financial Services, Bass & Associates, P.C., it is has become necessary to modify the Debtors' Chapter 13 Plan.

5. That the Debtors propose to modify their Chapter 13 Plan to $2,217.00 for sixteen (16) months, through July, 2015 and $2,647.00 forty-four (44) months, beginning with the August 1, 2015.

6. That the payout to creditors be adjusted, if necessary, to accommodate this modification.

**WHEREFORE**, the Debtors pray the Court:

1. That the Debtors be allowed to modify their Chapter 13 Plan to $2,217.00 for sixteen (16) months, through July, 2015 and $2,647.00 forty-four (44) months, beginning with the August 1, 2015.

2. That the payout to creditors be adjusted, if necessary, to accommodate this modification.

3. For such other and further relief as to the Court may seem just and proper.

This the 15th day of July, 2015.

S/Robert E. Fuller, Jr.
Attorney for the Debtors
NC State Bar # 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.:  (919) 735-5077

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

| | |
|---|---|
| DAVID M. JARRETT<br>JENNIFER L. JARRETT,<br>       **DEBTORS** | CHAPTER 13<br>CASE NO: 14-01203-5-DMW |

ADDRESS:    107 JARRETT COURT
                       LAGRANGE, NC 28551

**NOTICE OF MOTION**

TO: STANDING TRUSTEE, CREDITORS AND ALL OTHER PARTIES IN INTEREST

    NOTICE IS HEREBY GIVEN of the Motion simultaneously herewith by the attorney for the debtor(s) in the above captioned case; and

    FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by the debtor(s), creditor(s), trustee, or other parties in interest, in writing to the Clerk of this Court within twenty-one (21) days from the date of this Notice; and,

    FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtors, creditor(s), trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the amended motion and response thereto ex parte without further notice.

Dated:  July 15, 2015

                                                                                                  <u>S/Robert E. Fuller, Jr.</u>
                                                                                                  Attorney for the Debtors
                                                                                                  NC State Bar # 6158
                                                                                                  P.O. Box 1121
                                                                                                  Goldsboro, NC 27533-1121
                                                                                                  Telephone No.: (919) 735-7496
                                                                                                  Fax No.:  (919) 735-5077

## CERTIFICATE OF SERVICE

I, Robert E. Fuller, Jr., certify that on July 15, 2015, a copy of the foregoing Motion was served electronically upon the following:

> Joseph A. Bledsoe, III
> Chapter 13 Trustee

by mailing them at their address, and by serving a copy of the forgoing Motion on the following party in interest by depositing copy hereof in a depository under the exclusive care and custody of the United States Postal Service, postage prepaid, certified, return receipt requested, in an envelope addressed as follows:

David M. Jarrett
Jennifer L. Jarrett
Debtors
107 Jarrett Court
LaGrange, NC 28551

United Consumer Financial Services
Bass & Associates, PC
Attn:  Officer
3936 E. Ft. Lowell, Suite 200
Tucson, AZ 85712

World Omni Financial Corp.,
Weltman, Weinberg & Reis
Attn:  Officer
323 W.  Lakeside Avenue, Ste 200
Cleveland, OH 44113

AND LIST OF CREDITORS ATTACHED TO ORIGINAL NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2015

> S/Robert E. Fuller, Jr.
> Attorney for the Debtors
> NC State Bar # 6158
> P.O. Box 1121
> Goldsboro, NC 27533-1121
> Telephone No.: (919) 735-7496
> Fax No.:  (919) 735-5077

Ally Financial
Post Office Box 380901
Bloomington, MN 55438

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348

Campus Partners
P.O. Box 2901
Winston Salem, NC 27102-2901

Care Credit/GECRB
Attn: Bankruptcy Department
Post Office Box 103106
Roswell, GA 30076-3106

Care Credit/GECRB
Attn: Bankruptcy Department
Post Office Box 103104
Roswell, GA 30076-3104

Cavalry SPV I, LLC
GE Retail Bank/Care Credit Vet
500 Summit Lake Dr., Ste 400
Valhalla, NY 10595

Dell Financial Services, LLC
Resurgent Capital Services
P.O. Box 10390
Greenville, SC 29603-0390

EDUSRV/NC WESLEYAN
P.O. Box 182789
Columbus, OH 43218-2789

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Fedloan Servicing
PO Box 69184
Consolidation Dept.
Harrisburg, PA 17106-9184

First Premier Bank
Attn. Bankruptcy Dept.
P.O. Box 5524
Sioux Falls, SD 57117-5524

GE/Belk
P.O. Box 965028
Orlando, FL 32896-5028

GEMB/Amazon
PO Box 965015
Orlando, FL 32896-5015

Goldsboro Pediatrics
2706 Medical Office Place
Attn: Ginger Dail
Goldsboro, NC 27534-9460

Goldsboro Wellness Center, PA
2600 US 70 West
Goldsboro, NC 27530-7779

Green Tree Servicing LLC
P.O.Box 6154
Rapid City, SD 57709-6154

Green Tree Servicing LLC
Payment Center
P.O.Box 0049
Palatine, IL 60055-0049

Internal Revenue Service
Alamance Building, MS 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

Lane Bryant
P.O. Box 182125
Columbus, OH 43218

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014

Lendmark Financial Services, Inc.
2118 Usher Street
Covington, GA 30014

Matthew Zachary Phelan
Shapiro & Ingle, LLP
10130 Perimeter Pky., Ste 400
Charlotte, NC 28216

North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0001

Orthopaedics East
810 WH Smith Boulevard
Greenville, NC 27834-3763

PRA Receivables Management, LLC
Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
Portfolio Recovery Associates, LLC
P.O.Box 41067
Norfolk, VA 23541

PRA Receivables Management, LLC
Portfolio Recovery Associates, LLC
P.O .Box 41067
Norfolk, VA 23541

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Sams Club/GEMB
GE Money Bank
P.O. 103104
Roswell, GA 30076

SCA Collections
P.O. Box 876
Greenville, NC 27835

Sprint Corp.
P.O. Box 7949
Overland Park, KS 66207-0949

Sterling Jewelers Inc./Kay Jewelers
Payment Center
P.O. Box 93784
Cleveland, OH 44101

Sterling Jewelers, Inc./Kay Jewelers
c/o Weltman, Weinberg & Reis
323 W. Lakeside Avenue
Cleveland, OH 44113

Target
PPO Box 9500
Minneapolis, MN 55440

TD Bank USA, N.A.
c/o Weinstein, Pinson & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite#200
Tucson, AZ 85712

Victoria Secret
P.O. Box 182125
Columbus, OH 43218-2125

Walmart Discover/GEMB
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-3104

Wayne County Tax Department
P.O. Box 1495
Goldsboro, NC 27533-1495

Wayne Heart And Internal Medicine
2704 Medical Office Place
Goldsboro, NC 27534

Wayne Radiologists, PA
P.O. Box 1757
Goldsboro, NC 27533

Wells Fargo Home Mortgage
Attn: Bankruptcy Department
MAC#D3347-014/3476 Stateview Blvd.
Fort Mill, SC 29715

Wells Fargo Home Mortgage
Payment Processing/MAC#X2302-04C
One Home Campus
Des Moines, IA 50328

World Omni Financial
Southeast Toyota Finance
P.O. Box 991817
Mobile, AL 36691-8817

World Omni/Toyota
P.O. Box 911817
Mobile, AL 36691