**SO ORDERED.**

**SIGNED this 14 day of August, 2015.**

_____
**David M. Warren
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

**IN RE:**

**DAVID M. JARRETT
JENNIFER L. JARRETT,**                                   **CHAPTER 13**
                                                         **CASE NO: 14-01203-5-DMW**
                    **DEBTORS**

### ORDER GRANTING MODIFICATION OF DEBTORS' CHAPTER 13 PLAN

**UPON** the annexed motion of the Debtors, by and through their attorney, Robert E. Fuller, Jr., dated July 15, 2015, after adequate notice and a hearing as that phrase is defined in the Bankruptcy Code and the Rules of Bankruptcy Procedure; and based upon the Motion for Modification of Plan filed herein, therefore, it is **ORDERED**,

That the Debtors' Modification is allowed.

That because of the Debtors surrendering their interest in the 2012 Toyota Prius to World Omni Financial Corp and their interest in the Kirby Vacuum Cleaner to United Consumer Financial Services, Bass & Associates, P.C., the Debtors are allowed to modify their plan to $2,217.00 for sixteen (16) months, through July, 2015 and $2,647.00 forty-four (44) months, beginning with the August 1, 2015.

That the Trustee cease all disbursements to World Omni Financial Corp and United Consumer Financial Services, Bass & Associates, PC.

This modification will not adversely affect any other creditors or parties in interest and the payout to creditors be adjusted, if necessary, to accommodate this modification.

"End of document"